IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| SANDRA MONTALVO, | ) |
| | ) |
| Plaintiff, | ) CIVIL ACTION |
| | ) |
| v. | ) FILE NO. _____ |
| | ) |
| TOTAL TRANSPORTATION OF MISSISSIPPI, LLC; U.S. XPRESS LEASING, INC.; U.S. XPRESS, INC. and TYLER GARNER BUELL, | ) JURY TRIAL DEMANDED |
| | ) |
| Defendants. | |

## NOTICE OF REMOVAL

**TO:** Judges of the United States District Court
Northern District of Georgia, Atlanta Division

Pursuant to 28 U.S.C. § 1441 *et seq.*, Defendants U.S. Xpress, Inc. ("USX") and Tyler Garner Buell ("Buell" and collectively hereinafter "Defendants") hereby remove the civil action captioned *Sandra Montalvo v. Total Transportation of Mississippi, LLC; U.S. Xpress Leasing, Inc.; U.S. Xpress, Inc. and Tyler Garner Buell* State Court of Cobb County, Civil Action File No. 21-A-1727 from the State Court of Cobb County, Georgia, to the United States District Court for the Northern District of Georgia, Atlanta Division. Removal is based upon the following:

904658v.1

## Removal Based on Diversity Jurisdiction

1. This Court has original jurisdiction of this matter pursuant to 28 U.S.C. § 1332 and this matter may be removed to this Court under 28 U.S.C. §§ 1441 and 1446.

## Description of the Action

2. On May 14, 2021, Plaintiff filed a Complaint against Defendants alleging negligence related to a motor vehicle accident that occurred on or about December 3, 2019 in Cobb County, Georgia. *See* Plaintiff's Complaint ¶ 6 – 8, attached as Exhibit "A", Answer of USX ¶ 6 – 8 attached as Exhibit "E", and Answer of Buell ¶¶ 6 – 8 attached as Exhibit "F".

## Consent for Removal

3. The procedure for removing a case to Federal Court is codified in 28 U.S.C. § 1446 and requires that "all defendants who have been properly joined **and served**" consent to the removal. 28 U.S.C. § 1446(b)(2)(A) (emphasis added); *Cook v. Randolph County, Ga.*, 573 F.3d 1143, 1150 (11th Cir. 2009); *Tri-Cities Newspaper, Inc. v. Tri-Cities Printing Pressmen and Assistants' Local 349*, 427 F.2d 325, 326-27 (5th Cir. 1970).

4. There are no other parties named as defendants in this case requiring consent pursuant to 28 U.S.C. § 1446(b)(2)(A). Defendants acknowledged service

904658v.1

on June 15, 2021. *See* Acknowledgement of Service attached as Exhibit "D". No other defendants have been served. Defendants are the only named defendants properly joined and served, and as such, by and through undersigned counsel, seek the removal of this Action.

### The Amount in Controversy Requirement

5. In diversity cases, 28 U.S.C. § 1332(a) requires that the matter in controversy exceed the sum or value of $75,000.

6. Plaintiff seeks to recover medical expenses and lost wages exceeding $53,612.64 which do not include her claims for medical expenses she will continue to incur. Plaintiff's Complaint ¶ 24. In Plaintiff's demand letter dated February 2, 2021, through counsel, Plaintiff demanded and is seeking $1,000,000.00 to settle her claim. *See* Demand Letter, attached hereto as Exhibit "I". In her Complaint, Plaintiff seeks to recover the value of her past and future medical expenses, pain, suffering, impairment, permanent impairment and loss of enjoyment of life. Plaintiff's Complaint ¶¶ 24, 25.

7. Thus, the amount in controversy has been established pursuant to 28 U.S.C. § 1446(c)(2) as shown by Plaintiff's demand letter and Complaint.

### The Diversity of Citizenship Requirement

8. For diversity jurisdiction under 28 U.S.C. § 1332(a)(1), the parties must be citizens of different states.

9. Plaintiff is a resident of the State of Georgia based on information provided in the motor vehicle crash report associated with the accident underlying the Plaintiff's Complaint. *See* Georgia Motor Vehicle Crash Report (redacted) attached as Exhibit "J". Upon information and belief, Plaintiff is a citizen of Georgia and is entirely diverse from these Defendants.

10. USX is a foreign corporation with Nevada as its state of incorporation and principal place of business being the State of Tennessee and is, therefore, a citizen of Tennessee. *see* Georgia Secretary of State Business Information on U.S. Xpress, Inc. attached as Exhibit "K". Answer of USX, LLC ¶ 3. USX is not a citizen of the State of Georgia and is entirely diverse from Plaintiff.

11. Buell is a resident of the State of South Carolina. *See* Answer of Buell ¶ 4 and Plaintiff's Complaint ¶ 4. Buell is not a citizen of the State of Georgia and is entirely diverse from Plaintiff.

## Compliance with Deadline for Removal

11. Pursuant to 28 U.S.C. §1446(b)(2)(B), each defendant shall have 30 days after receipt by or service on that defendant of the initial pleading or summons to file the notice of removal.

12. Defendants acknowledged service on June 15, 2021. *See* Exhibit "D".

13.     Defendants have initiated removal within 30 days of service on these Defendants.  Based on 28 U.S.C. § 1446(b)(2)(B)-(C) this Notice of Removal is timely filed.

### The State Court Proceeding

18.     The state court proceeding is identified as follows: *Sandra Montalvo v. Total Transportation of Mississippi, LLC; U.S. Xpress Leasing, Inc.; U.S. Xpress, Inc. and Tyler Garner Buell* State Court of Cobb County, Civil Action File No. 21-A-1727.  A Notice of this Removal will be filed with the State Court of Cobb County upon filing of this Notice of Removal pursuant to 28 U.S.C. § 1446(d).

### All State-Court Documents

19.     Pursuant to 28 U.S.C. § 1446(a), the following state-court filings are attached hereto: Plaintiff's Complaint (Exhibit "A"); General Civil Case Filing Information Form (Exhibit "B"); Summons (Exhibit "C"); Acknowledgement of Service (Exhibit "D") Answer of U.S. Xpress, Inc. (Exhibit "E"); Answer of Tyler Garner Buell. (Exhibit "F"); Plaintiff's First Request for Admissions to Defendants U.S. Xpress, Inc. and Tyler Garner Buell (Exhibit "G"); Plaintiff's First Interrogatories and Request for Production of Documents to Defendants U.S. Xpress, Inc. and Tyler Garner Buell (Exhibit "H");

**WHEREFORE**, these Defendants exercise their rights under the provisions of 28 U.S.C. § 1441, *et seq.* to remove this Action from the State Court of Gwinnett

904658v.1

County, Georgia, to the United States District Court, Northern District of Georgia, Atlanta Division.

This the 15th day of July, 2021

                        **NALL & MILLER, LLP**

                        By:   */s/ Jacob S. Madsen*
                               **MICHAEL D. HOSTETTER**
                               Georgia Bar No. 368420
                               **JACOB S. MADSEN**
                               Georgia Bar No. 469004

235 Peachtree Street NE,
North Tower, Suite 1500
Atlanta, Georgia 30303
Telephone: 404-522-2200
Facsimile: 404-522-2208
mhostetter@nallmiller.com
jmadsen@nallmiller.com

***ATTORNEYS FOR DEFENDANT TOTAL TRANSPORTATION OF MISSISSIPPI, LLC.***

## CERTIFICATE OF COMPLIANCE WITH N.D. GA. LOCAL RULE 5.1B

This is to certify that this pleading was created in Times New Roman 14-point font in accordance with Northern District of Georgia Local Rule 5.1B.

This 15th day of July, 2021.

           / s/ Jacob S. Madsen
           **JACOB S. MADSEN**
           Georgia Bar No. 469004

        *ATTORNEYS FOR DEFENDANTS U.S.*
        *XPRESS, INC. AND TYLER GARNER BUELL*

NALL & MILLER, LLP
Peachtree Center, North Tower
235 Peachtree Street, NE, Suite 1500
Atlanta, GA 30303
Telephone: 404-522-2200
Facsimile:  404-522-2208
Email: jmadsen@nallmiller.com

904658v.1

# **CERTIFICATE OF SERVICE**

I hereby certify that I have this day filed the within and foregoing **NOTICE OF REMOVAL (FEDERAL)** with the Clerk of Court in this matter and served a true copy of same by First Class U.S. Mail, proper postage prepaid, to counsel of record listed below.

Thomas D Trask
**TRASK LAW FIRM**
One Atlantic Center
1201 W. Peachtree St. NW
Suite 2300
Atlanta, GA 30309
Telephone: 470-795-5010
Email: trask@trasklawfirm.com

*Counsel for Plaintiff*

This 15th day of July, 2021.

                     */s/ Jacob S. Madsen*
                     **JACOB S. MADSEN**
                     Georgia Bar No. 469004

                     *ATTORNEYS FOR DEFENDANTS U.S.*
                     *XPRESS, INC. AND TYLER GARNER BUELL*

NALL & MILLER, LLP
Peachtree Center, North Tower
235 Peachtree Street, NE, Suite 1500
Atlanta, GA 30303
Telephone: 404-522-2200
Facsimile:  404-522-2208
Email: jmadsen@nallmiller.com

904658v.1