# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| SANDRA MONTALVO,<br><br>    Plaintiff,<br><br>v.<br><br>TOTAL TRANSPORTATION OF MISSISSIPPI, LLC; U.S. XPRESS LEASING, INC.; U.S. XPRESS, INC. and TYLER GARNER BUELL<br><br>    Defendant. | CIVIL ACTION FILE<br>NO.: 1:21-cv-02833-MHC<br><br><br>JURY TRIAL DEMANDED |

## CONSENT MOTION TO DISMISS LESS THAN ALL PARTIES WITHOUT PREJUDICE

COME NOW, Sandra Montalvo ("Plaintiff"), Total Transportation of Mississippi, LLC, U.S. Xpress Leasing, Inc., U.S. Xpress, Inc., and Tyler Buell ("Defendants") and, pursuant to Rule 21 of the Federal Rules of Civil Procedure, hereby move this Court to dismiss Defendants Total Transportation of Mississippi, LLC ("Total") and U.S. Xpress Leasing, Inc. ("USXL") (collectively "the improper Defendants") without prejudice. In support of the Motion, these Parties show as follows:

1

1.

Plaintiff's Complaint incorrectly alleged that, at the time of this accident, Total and USXL employed Defendant Buell.

2.

In fact, Defendant U.S. Xpress, Inc. employed Defendant Buell and he was driving for it at the time of this accident and under its DOT authority.

3.

These Parties stipulate and agree that the improper Defendants were mis-joined and should be dismissed from this lawsuit without prejudice.

4.

Under the Federal Rules of Civil Procedure, an order must be obtained from the Court to dismiss less than all defendants from a case. *See FRCP Rule 21*

**WHEREFORE**, the parties hereto respectfully request that this Consent Motion to Dismiss Less Than All Parties be **GRANTED** and that Defendants Total Transportation of Mississippi, LLC and U.S. Xpress Leasing, Inc.be dismissed without prejudice.

This 14th day of October, 2021.

*CONSENTED TO:*

| **TRASK LAW FIRM** | **NALL & MILLER, LLP** |
|---|---|
| By: __/s/ *Thomas D. Trask*____ | By: __/s/ *Michael D. Hostetter*_____ |
| (Signed with Express Permission) | **MICHAEL HOSTETTER** |
| **THOMAS TRASK** | Georgia Bar No. 368420 |
| Georgia Bar No. 715620 | **JACOB S. MADSEN** |
| | Georgia Bar No. 469004 |
| One Atlantic Center | 235 Peachtree Street, N.E. |
| 1201 W. Peachtree St. NW | Suite 1500 – North Tower |
| Suite 2300 | Atlanta, Georgia 30303 |
| Atlanta, GA 30309 | (404) 522-2200 |
| (470) 795-5010 | mhostetter@nallmiller.com |
| trask@trasklawfirm.com | |
| *ATTORNEY FOR PLAINTIFF* | *ATTORNEY FOR DEFENDANTS* |

915231v.1

## **CERTIFICATE OF COMPLIANCE WITH N.D. GA. LOCAL RULE 5.1B**

This is to certify that this pleading was created in Times New Roman 14-point font in accordance with Northern District of Georgia Local Rule 5.1B.

This 14th day of October, 2021.

                                 **NALL & MILLER, LLP**

                                 */s/ Jacob B. Madsen*
         By: _____
                                 **JACOB S. MADSEN**
                                 Georgia Bar No. 469004

                                 ***ATTORNEYS FOR DEFENDANTS***

Peachtree Center, North Tower
235 Peachtree Street, NE, Suite 1500
Atlanta, Georgia 30303
Telephone: 404-522-2200
Facsimile:  404-522-2208
jmadsen@nallmiller.com

915231v.1

## **CERTIFICATE OF SERVICE**

I hereby certify that I have this day served the within and foregoing **CONSENT MOTION TO DISMISS LESS THAN ALL PARTIES WITHOUT PREJUDICE** by statutory electronic service to the following counsel of record:

Thomas D. Trask
TRASK LAW FIRM
One Atlantic Center
1201 West Peachtree Street, NW, Suite 2300
Atlanta, Georgia 30309
trask@trasklawfirm.com

*Counsel for Plaintiff*

This 14th day of October, 2021.

                                **NALL & MILLER, LLP**

                                */s/ Jacob B. Madsen*
By: _____
                                **JACOB S. MADSEN**
                                Georgia Bar No. 469004

                                *ATTORNEYS FOR DEFENDANTS*

Peachtree Center, North Tower
235 Peachtree Street, NE, Suite 1500
Atlanta, Georgia 30303
Telephone: 404-522-2200
Facsimile:  404-522-2208
jmadsen@nallmiller.com

915231v.1